1  David S. Reidy (SBN 225904)
   Email: dreidy@reedsmith.com
2  Jeffrey D. Chen (SBN 267837)
   Email: jdchen@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone: +1 415 543 8700
5  Facsimile: +1 415 391 8269

6  Attorneys for Defendants
   Bank of America, N.A. (erroneously sued
7  as Bank of America N.A. dba BAC
   Home Loans Servicing, LP) and
8  ReconTrust Company, N.A.

9  UNITED STATES DISTRICT COURT

10  EASTERN DISTRICT OF CALIFORNIA

11  MICHAEL MONTEJANO,                       Case No. 2:11-CV-00146-MCE-GGH

12         Plaintiff,                        **ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

13  vs.

14  BANK OF AMERICA N.A. dba BAC
    HOME LOANS SERVICING, LP and
15  RECONTRUST COMPANY, N.A. and             Date:       March 24, 2011
    LEGACY REAL ESTATE and                   Time:       10:00 a.m.
16  TIMOTHY GEITHNER, SECRETARY              Courtroom:  9
    OF THE TREASURY, UNITED STATES
17  And ERIC HOLDER, U.S. ATTORNEY           Compl. Filed: Jan. 14, 2011
    GENERAL, as ALIEN PROPERTY
18  CUSTODIAN,                               Magistrate Judge Gregory G. Hollows

19         Defendants.

20
21
22
23
24
25
26
27
28

On February 17, 2011, Defendants Bank of America, N.A. and ReconTrust Company, N.A. (collectively, "Defendants") requested to appear telephonically for the Hearing on the Motion to Dismiss Plaintiff's Complaint, which was scheduled to take place on March 24, 2011 at 10:00 a.m. in Courtroom 9 of the above-entitled court before the Honorable Gregory G. Hollows.  By separate order, the court has continued hearing on the matter to April 21, 2011.

Good cause having been shown, the Court hereby grants Defendant's request to appear telephonically at the hearing on the Motion to Dismiss Plaintiff's Complaint. No later than two days before the hearing, counsel shall provide a telephone number to Valerie Callen, Courtroom Deputy, (916) 930-4199, at which he can be reached at the time of the hearing.

**IT IS SO ORDERED**.

DATED:  March 15, 2011    /s/ Gregory G. Hollows

                                                Honorable Gregory G. Hollows