| | |
|---|---|
| THE UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>501 "I" STREET, SACRAMENTO 95814 | **FILED**<br>MAR 15 2011<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |
| PLAINTIFF/PETITIONER:<br>  MICHAEL MONTEJANO | |
| DEFENDANTS:<br>BANK OF AMERICA N.A. dba BAC HOME LOANS SERVICING, LP and RECONTRUST COMPANY, N.A. and LEGACY REAL ESTATE | ▲ COURT USE ONLY ▲ |
| | TRIAL BY JURY DEMANDED |
| and TIMOTHY GEITHNER,<br>SECRETARY OF THE TREASURY,<br>UNITED STATES | Case No.: 2:11-cv-00146-MCE-GGH<br>Division: |
| And ERIC HOLDER, , U.S. ATTORNEY GENERAL, as ALIEN PROPERTY CUSTODIAN | |
| And all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud upon plaintiff's title thereto. |  |
| Real Party In Interest, Intervenor:<br>  Michael Montejano | |
| Attorney or Party Without an Attorney<br>Name:     MICHAEL MONTEJANO<br>Address:  6020 SAMPSON BLVD<br>          SACRAMENTO, CA 95824<br>Phone:    916.429.5375 | Stamp |
| **OBJECTION TO MOTION TO DISMISS** | |

COMES NOW Michael Montejano, a non-attorney, real man, and Real Party in Interest, a non-corporate entity, as agent for MICHAEL MONTEJANO corporate entity defined as a United States Vessel (hereinafter Petitioner), appearing specially, not generally, by special rules, "Restricted Appearance," in the original, in the alternative, as a matter of right and privilege, to allege rights under the California Constitution, by verified oath and solemn affirmation of complaint, pursuant to special rules, exercising Petitioner's procedural due process. Defendant's have been making false claims, contrary to the record, contrary to the statues regarding real estate and foreclosures and have denied Petitioner's due process.

Now comes Michael Montejano, Plaintiff/Petitioner who herein submits this Objection to Defendant's Motion to Dismiss. In support of this Objection, Michael Montejano, Plaintiff/Petitioner alleges and states as follows:

As more fully set out in the Petition To Set Aside Foreclosure Sale, Cancel Note And Deed Of Trust For Fraud, Usury, Material Misrepresentation, Fraud In The Inducement, Fraud In Fact, Lack Of Adequate Consideration, Claim In Recoupment, And Quiet Title Against All Known Defendants For Declaratory And Injunctive Relief and incorporated herein by reference, the Secretary of the Treasury and Alien Property Custodian Defendants have a responsibility under statute to pay claims and return property.

All Rights Reserved

MICHAEL MONTEJANO
By: Michael Montejano, agent, Plaintiff/Petitioner: UCC 3-402(b)(1)

By: *[signature]*
Signature: Michael Montejano, Plaintiff/Petitioner, lawful man

# AFFIDAVIT OF FACT
## PROOF OF SERVICE BY FAX

      BY FACSIMILE: I transmitted via facsimile the document"objection to dismiss" listed above to the fax number(s) set forth above on this date at approximately 3:00 p.m. The outgoing facsimile machine telephone number in this office is (415) 391.8269. The facsimile service used at the Sacramento Law Library creates a transmission report for each outgoing facsimile transmitted. A copy of the transmission report for the service of this document, properly issued by the facsimile service that transmitted this document and showing that such transmission was completed without error, is attached hereto.

      FEDERAL: I declare under penalty of perjury under the laws of the United States of America that the above is true and correct


All Rights Reserved

MICHAEL MONTEJANO
By: Michael Montejano, agent, Plaintiff/Petitioner: UCC 3-402(b)(1)

By: *[signature]*
Signature: Michael Montejano, Plaintiff/Petitioner, lawful man

| HP Fax Series 900 | Fax History Report for |
| Plain Paper Fax/Copier | SACRAMENTO CO PUB LAW |
| | 916 874 7050 |
| | Mar 15 2011 3:54pm |

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Mar 15 | 3:53pm | Sent | 914153918269 | 0:52 | 2 | OK |

Result:
  OK - black and white fax

# AFFIDAVIT OF FACT AND TRUTH

Writ in the Nature of Discovery

RE:  Case No.: 2:11-CV-00146-MCE-GGH

COMES NOW Michael Montejano, a non-attorney, real man, and Real Party in Interest, a non-corporate entity, as agent for **MICHAEL MONTEJANO** corporate entity defined as a United States Vessel (hereinafter Petitioner) by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Defendants do the same, and waive all of their immunities. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPALS IS NOTICE TO AGENT APPLICABLE TO ALL SUCCESSORS AND ASSIGNS**

Let it be noted for the record, on the record and let the record show a response is required *7 days* from receipt of this letter. If no copy of the **Certified Delegation of Authority Order** is received within the specified time frame of this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that you and your Organization does not have Jurisdiction as per Article III, Section II of the United States Constitution.

1. Please provide for the record, on the record, and let the record show the bond number(s) and bond agencies and or insurance of Judges, Attorneys, Clerks, and all employees who are a part of this case. **(2:11-CV-00146-MCE-GGH)** within 7 days of receipt of this "Writ in the Nature of Discovery."

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Article VI. Clause 2."*

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

2. Is this court, a municipal court or an Article 3, section 2 court of the United States Republic Constitution?

3. Is this court's policies and procedures in agreement with **UCC 3-305.2(c)** Government officials have a duty to inform you of your rights (remedies); government officials have a responsibility to tell you of any pending responsibility on your part, and to inform you of all of the terms of the agreement, Pursuant to **UCC 3-305.52**, produce all documents "held in due course" that create any legal liability?

4. Send me the certified document of **Delegation of Authority Order** issued to your Organization from the congress of the United States Republic of North America.

5. Please send a copy of the Branch of Government that issued authority to your Organization and the reference number and certificate of conformation.

6. When and where did the United States Republic Constitution establish your Organization?

7. Proof that the Officers of the involved in this case are Administrative Officers or Ministerial Officers.

*[signature: Michael Montejano]*

Michael Montejano,

Secured Party Creditor
Date: