IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL MONTEJANO,

      Plaintiff,                          CIV. NO. S-11-146 MCE GGH (TEMP) PS

   vs.

BANK OF AMERICA, N.A., et al.

      Defendant.                  ORDER

_____/

      Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 302(c)(21). Defendants' motion to dismiss is presently noticed for hearing on the April 21, 2011 law and motion calendar of the undersigned. By order filed March 15, 2011, plaintiff was directed to file opposition to the motion to dismiss. Plaintiff has now filed a document titled "Objection to Motion to Dismiss." That document, however, sets forth no substantive opposition to the motion to dismiss and simply recites causes of action alleged in the complaint. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

/////

1

Accordingly, IT IS ORDERED that:

1. The April 21, 2011 hearing on the motion to dismiss, filed February 17, 2011, is vacated; and

2. The motion is submitted on the record.

DATED: March 31, 2011

                /s/ Gregory G. Hollows

                UNITED STATES MAGISTRATE JUDGE

JMM
montejano.sub.ggh